IRA S. BUSHEY & SONS, Respondent, *v.* AMERICAN INSURANCE COMPANY, Appellant.

(Submitted December 3, 1923; decided December 5, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 24 )